IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TYRONE COLE | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-09-3240 |
| | § | |
| | § | |
| | § | |
| PROCOLLECT, INC. | § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Order granting Defendant ProCollect, Inc.'s Motion for Summary Judgment **(Instrument No. 22)**, signed on the 23rd day of December, 2010 this action is **DISMISSED**.

THIS IS A FINAL JUDGMENT.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 23rd day of December, 2010, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**